# ELECTRONIC RECORD

*1032-15*
*1033-15*

COA #  01-14-00072-CR          OFFENSE: 22.02 (Agg Assault)

STYLE: Larry Wayne Richard v. The State of Texas          COUNTY: Harris

COA DISPOSITION:   AFFIRM          TRIAL COURT: 185th District Court

DATE: 07/14/15          Publish: NO   TC CASE #:   1233998

## IN THE COURT OF CRIMINAL APPEALS

*1032-15*
*1033-15*

STYLE: Larry Wayne Richard v. The State of Texas

___APPELLANT'S___ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 11/04/2015

JUDGE: _Per Curiam_

CCA #: _____

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**